[No. 63538-7-I.   Division One.   October 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WILLIAM ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09682-0, Michael Heavey, J., entered May 18, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Lau, JJ.

[No. 63879-3-I.   Division One.   October 11, 2010.]

*In the Matter of the Detention of* JEFFREY LIPTRAP.

JEFFREY LIPTRAP, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-09235-0, Ronald L. Castleberry, J., entered June 22, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.

[No. 63973-1-I.   Division One.   October 11, 2010.]

JENNIFER ROSE ROSS, *Appellant*, v. PEACEHEALTH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-02163-5, James H. Allendoerfer, J. Pro Tem., entered August 11, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Schindler, JJ.

[No. 64052-6-I.   Division One.   October 11, 2010.]

DEBRA STEWART, *Appellant*, v. GRIFFITH INDUSTRIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-09845-1, Jeffrey M. Ramsdell, J., entered July 27, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Schindler, JJ.